IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:　　　　　　　March 3, 2010

Deputy Clerk:　　　LaDonne Bush
Court Reporter:　　Suzanne Claar

---

Civil Action No. 10-cv-00385-REB-BNB

| *Parties:* | *Counsel:* |
|---|---|
| SBM SITE SERVICES, LLC, an Oregon Limited Liability Company, | Cassandra M. Ferrannini |
| Plaintiff, | |
| v. | |
| JOHN GARRETT, an individual, and DOES 1 through 100, inclusive, | Denise Riley<br>Barry Schwartz |
| Defendant. | |

---

### COURTROOM MINUTES

---

Hearing on Motion for Temporary Restraining Order

1:30 p.m.　　Court in session.

Statement by the Court.

Parties do not require additional evidence.

Argument by Ms. Ferrannini.

Argument by Mr. Schwartz.

Argument by Ms. Riley.

1

Rebuttal argument by Ms. Ferrannini.

**ORDERED**:  Plaintiff's Application for Temporary Restraining Order (Doc. 6) is taken under advisement.

Court will issue a written ruling as soon as practicable.

2:30 p.m.    Court in recess.

Time:  01:00

Hearing concluded**.**