**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

    Plaintiff,

v.

JOHN GARRETT, an individual,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Joint Motion To Vacate and Continue The Final Pretrial and Trial Preparation Conferences and The Trial Date** [#45] filed August 17, 2010. The motion is **DENIED** without prejudice.

    Dated: August 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.