IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.
_____

# ORDER
_____

In connection with a status conference held this afternoon, and at the request and with the agreement of the parties,

IT IS ORDERED that the case schedule is modified to the following extent:

    Fact Discovery Cut-Off:    **November 19, 2010**

    Expert Discovery Cut-Off:    **December 15, 2010**

    (All discovery must be completed by the applicable discovery cut-off. All written discovery must be served so that responses are due on or before the fact discovery cut-off.)

    Dispositive Motions Deadline:    **November 19, 2010**

    Expert Disclosures:

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 1, 2010**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 1, 2010**.

Dated September 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge