IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.

---

# ORDER

---

This matter arises on the following:

(1) **Plaintiff's Motion for Protective Order Limiting the Scope of Defendants' Rule 30(b)(6) Deposition of Plaintiff** [Doc. # 55, filed 10/1/2010] (the "Motion for Protective Order");

(2) **Plaintiff SBM Site Services, LLC's Motion Requesting Additional Time for the Deposition of John Garrett Pursuant to Rule 30(d)(1)** [Doc. # 60, filed 10/1/2010] (the "Motion for Additional Time"); and

(3) **Plaintiff SBM Site Services' Motion to Compel Responses, Inspection and Production [FRCP 37(a)]** [Doc. # 65, filed 10/6/2010] (the "Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated by reference. For the reasons stated on the record:

IT IS ORDERED that:

(1) The Motion for Protective Order [Doc. # 55] is GRANTED;

(2) The Motion for Additional Time [Doc. # 60] is DENIED; and

(3) The Motion to Compel [Doc. # 65] is GRANTED IN PART and DENIED IN PART as follows:

- GRANTED with respect to Requests for Production No. 20 and 21. The defendant shall produce the hard drives, smart phone, and iPhone at a date, time, and place as the parties may agree, but not later than **November 3, 2010**, for inspection consistent with the protocol contained in Exhibit M to the Motion to Compel;

- GRANTED with respect to Requests for Production No. 3, 16 (limited in time to 7/1/2009 to the present), and 18;

- GRANTED with respect to Interrogatories No. 3 and 6; and

- DENIED in all other respects.

The defendant shall serve supplemental discovery responses consistent with this order on or before **November 3, 2010**.

Dated October 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge