IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion for Withdrawal and Substitution of Counsel of Record for Defendant John Garrett** [docket no. 78, filed October 20, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorneys Denise D. Riley and Michelle E. Cormier are withdrawn from the representation of defendant and are to be removed from the electronic filing. Larry R. Martinez and Robin L. Nolan are now counsel representing defendant.


DATED: October 21, 2010