IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion to Amend the Scheduling Order to Permit Limited Discovery After the November 19, 2010, Discovery Cutoff** [Doc. # 86, filed 11/10/2010] (the "Motion to Extend"), which is GRANTED.

The Motion to Extend seeks to extend the discovery cut-off to and including December 3, 2010, "for the limited purpose of subpoenaing records from Garrett's dropbox account and conducting the depositions of (1) Rich Mulkerrins, (2) Paul Boschetto, (3) Mark Kelly, (4) John Garrett, and (5) Charles Somers." Motion to Extend [Doc. # 86] at p. 11. The parties do not request to extend any other deadlines, and no others are extended.

Trial of this case is set to begin February 28, 2011. Absent an order of the district judge vacating or resetting the trial, no other extensions of time seem possible.

IT IS ORDERED that the Motion to Extend [Doc. # 86] is GRANTED and the case schedule is modified to extend the discovery cut-off to and including December 3, 2010, solely to allow the plaintiff to subpoena and conduct a deposition concerning the defendant's dropbox

account and to conduct the depositions of (1) Rich Mulkerrins, (2) Paul Boschetto, (3) Mark Kelly, (4) John Garrett, and (5) Charles Somers.

Dated November 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge