IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00385-REB- BNB | Date: December 2, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

SBM SITE SERVICES, LLC,
an Oregon limited liability company                William Warne

        Plaintiff(s),

v.

JOHN GARRETT,                                      Larry Martinez
an individual, and Does 1 through 100,             Robin Nolan
inclusive

        Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      10:37 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant John Garrett's unopposed motion to vacate and reset the discovery deadlines and request for a status hearing [Doc. #93; filed 11/18/10] is granted for reasons stated on the record.**

**ORDERED:** **A hearing on plaintiff's motion for leave to file first amended complaint [Doc. #103; filed 11/24/10] is set for January 19, 2011 at 1:00 p.m.**

Court in Recess:     11:10 a.m.     Hearing concluded.    Total time in Court: 00:33

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.