IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **Defendant John Garrett's Unopposed Motion to Vacate and Reset the Discovery Deadlines and Request for a Status Hearing** [Doc. # 93, filed 11/18/2010] is GRANTED, and all deadlines established in the Scheduling Order are VACATED;

    (2)    A hearing on Plaintiff's Motion for Leave to File First Amended Complaint is set for **January 19, 2011, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

    (3)    A schedule for the remainder of this case will be set at the hearing on January 19, 2011.

DATED:  December 2, 2010