IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-REB-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Leave to File Reply Brief in Support of its Motion to Enforce the Court Ordered ESI Discovery Plan** [docket no. 122, filed December 28, 2011] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.


DATED:  January 3, 2011