IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00385-REB-BNB | Date: January 21, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

SBM SITE SERVICES, LLC,                                Cassandra Ferrannini
an Oregon limited liability company

        Plaintiff(s),

v.

JOHN GARRETT,                                           Larry Martinez
an individual, and Does 1 through 100,           Robin Nolan
inclusive

        Defendants.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     1:35 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion for leave to file first amended complaint [Doc. #103; filed 11/24/10] is granted for reasons stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.

**ORDERED:** Plaintiff's motion to enforce the court ordered ESI discovery plan [Doc. #116; filed 12/27/10] is denied as moot for reasons stated on the record.

**ORDERED:** Plaintiff SBM's motion to compel further inspection of Garrett's Computer Equipment; production of documents provided by third-parties; and Garrett's written discovery responses; and request for sanctions [Doc. #127; filed 1/5/11] is granted in part and denied in part for reasons stated on the record.

**ORDERED:** **Defendant Garrett's motion for supplemental protective order [Doc. # 180; filed 1/18/11] is granted in part and denied in part for reasons stated on the record.**

**ORDERED:** **A Scheduling Conference is set for February 18, 2011 at 3:00 p.m. A proposed scheduling order shall be submitted on or before February 14, 2011.**

Court in Recess:      3:19 p.m.      Hearing concluded.    Total time in Court:   01:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.