IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Joint Request by Garrett and Able to Vacate the Scheduling Conference on February 18, 2011 and Stay Discovery** [Doc. # 203, filed 2/9/2011] (the "Motion to Vacate and Stay"); and

(2) **Defendant [Able's] Motion for Permission to Appear by Telephone at the Scheduling Conference [etc.]** [Doc. # 218, filed 2/14/2011] (the "Motion to Appear by Telephone").

I recently allowed an amendment to the complaint which, among other things, joined Able as a party to this action. Able has been served, and its response to the amended complaint is due today. In view of the amended complaint and additional party, I set a supplemental scheduling conference for February 18, 2011. I am informed that counsel for Able are not available to attend that conference in person, and that the date of the conference is inconvenient.

IT IS ORDERED:

(1)     The Motion to Vacate and Stay [Doc. # 203] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED insofar as it seeks to vacate the supplemental scheduling conference on February 18, 2011.  The supplemental scheduling conference is reset to **March 18, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a revised proposed scheduling order on or before **March 11, 2011**; and

• DENIED in all other respects; and

(2)     The Motion to Appear by Telephone [Doc. # 218] is DENIED as moot.

Dated February 15, 2011.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge