**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

    Plaintiff,

v.

JOHN GARRETT, an individual, *et al.*

    Defendant.

**ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before Court *sua sponte*. On March 02, 2011, Plaintiff filed a motion for preliminary injunction against Crown Building Services, Inc. (Doc. # 259).

The Court requests that the parties consider agreeing to a partial consent to allow Magistrate Judge Boyd Boland to decide the motion for preliminary injunction by Order instead of recommendation. *See* 28 U.S.C. § 636. Accordingly, the Court directs the parties to file, on or before March 7, 2011, a notice indicating whether they consent to Magistrate Judge Boland deciding Plaintiff's preliminary injunction motion (Doc. # 259) by Order. If such consent is not obtained, the Court will in any event refer the motion to Magistrate Judge Boland for a recommended disposition.

THEREFORE, IT IS ORDERED:

- That the parties file, on or before March 7, 2011, a notice indicating whether they agree to a partial consent, under 28 U.S.C. § 636(c)(1), to allow Magistrate

Judge Boland to decide Plaintiff's motion for preliminary injunction against Crown Building Services, Inc. (Doc. # 259) by Order instead of recommended disposition.

Dated this 3rd day of March, 2011

                                        BY THE COURT:

                                        s/ *William J. Martínez*
                                        United States District Judge