**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

    Plaintiff,

v.

JOHN GARRETT, *et al.*

    Defendants.

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**

---

The parties have notified the Court of their partial consent to allow Magistrate Judge Boyd Boland to decide "Plaintiff's Motion for Preliminary Injunction Against Defendant Crown Building Services, Inc., dba as Able Services" (ECF No. 259). Therefore, pursuant to 28 U.S.C. § 636(c), the Court ORDERS that Plaintiff's Motion for Preliminary Injunction (ECF No. 259) be referred to Magistrate Judge Boland for disposition.

Dated this 4th day of March, 2011.

                                              BY THE COURT:

                                              s/ *William J. Martínez*
                                              United States District Judge