IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following letters (the "Letters") filed on March 28, 2011:

(1)   Defendant Crown Building Maintenance, Inc.'s letter [Doc. #323], and

(2)   Plaintiff SBM Site Services, LLC's letter [Doc. #324].

The Letters are addressed to me, and they were sent directly to me. The local rules of this court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

D.C.COLO.LCivR 77.2.

IT IS ORDERED that the Letters are STRICKEN.

Dated March 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge