IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Joint Motion for Leave to File a Reply Brief in Support of Their Motion for Appointment of a Special Master Pursuant to Rule 53(a)(1)(C)** [docket no. 330, filed April 4, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the defendants joint reply (attachment 1 to docket no. 330) in support of defendants Joint Motion for Appointment of Special Master (docket no. 233).

DATED:  April 5, 2011