IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Amended Joint Motion for Permission to Obtain Sealed Transcripts for Proceedings of March 25, 2011, and March 30, 2011, Hearings on Motions for Preliminary Injunction** [docket no. 338, filed April 7, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and all parties are entitled to obtain sealed copies of the transcripts of the hearings that took place on March 25, 2011, and March 30, 2011.

DATED:  April 8, 2011