IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

_____

## ORDER
_____

Counsel appeared this morning for a status conference. Also pending is **Defendants' Emergency Motion for Protective Order Based on SBM's Action in California State Court Action and Violation of Rule 37(b)** [Doc. # 357, filed 5/19/2011](the "Motion for Protective Order"). I made rulings on the record during the status conference, which are incorporated here.

IT IS ORDERED:

1. The Motion for Protective Order [Doc. # 357] is DENIED; and

2. The case schedule is modified to the following extent:

    Discovery Cut-Off:          December 5, 2011

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:          December 5, 2011

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 3, 2011

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 3, 2011

Dated May 20, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge