IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

_____

## ORDER
_____

This matter arises on **Defendants Able's and Garrett's Joint Emergency Motion for Clarification of Modification of Order Granting Preliminary Injunction [etc.]** [Doc. # 367, filed 6/17/2011] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that he Motion [Doc. # 367] is DENIED.

Dated June 23, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge