IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Order entered on August 16, 2011, IT IS ORDERED:

(1) **Defendant John Garrett's Motion for Additional Time [etc.]** [Doc. # 379, filed 7/1/2011] is DENIED as moot; and

(2) **SBM Site Services, LLC's Amended Emergency Motion for Compliance With June 13, 2011 Order and Preliminary Injunction** [Doc. # 398, filed 7/15/2011] is DENIED as moot.

DATED:  August 16, 2011