IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon Limited Liability Company,

    Plaintiffs,

v.

JOHN GARRETT, an individual;
CROWN BUILDING MAINTENANCE, INC., dba
ABLE BUILDING MAINTENANCE, dba
ABLE SERVICES, dba ABLE ACQUISITION CORP.;
and DOES 1 through 100, inclusive

    Defendants.

---

## [PROPOSED] ORDER REGARDING ACCESS TO INFORMATION

---

This Court hereby ORDERS: Defendants' attorneys can have access to (1) all court hearing transcripts and all exhibits thereto, including sealed transcripts and exhibits, (2) all court filings and all exhibits thereto, including sealed court filings and exhibits, and (3) all deposition transcripts and all exhibits thereto, including sealed and confidential transcripts and sealed exhibits. To the extent any such documents were designated under the existing Protective Order or otherwise designated "Attorney Eyes Only," all attorneys for Defendants will treat them as such.

569215

The Court recognizes that some or all of the exhibits and information defense counsel can now have access to pursuant to this order may appear in the exact form or in different iterations in the materials that are being returned by Defendants to comply with this Courts' June 13, 2011 Preliminary Injunction. Consistent with the Court's Preliminary Injunction, defense counsel at Carr McClellan Ingersoll Thompson & Horn and Berenbaum Weinshienk shall not retain any such copies or iterations in the Preliminary Injunction compliance process and Reilly Pozner shall not have access to such copies or iterations via the Preliminary Injunction compliance process. Rather, the only materials defense counsel may possess pursuant to this Order are those items specifically identified it categories 1-3, above.

It is so ordered.

Dated August 26, 2011

_____
Magistrate Judge Boyd N. Boland

569215