IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Stipulation Regarding Defendant Able's Motion for Protective Order [Doc. # 454]:

IT IS ORDERED that **Defendant Able's Motion for Protective Order** [Doc. # 441, filed 8/29/2011] is DENIED as moot.

DATED:  September 19, 2011