IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 10-cv-00385-WJM- BNB                Date: December 5, 2012
Courtroom Deputy: Geneva D. Mattei                   FTR BNB COURTROOM A-401

SBM SITE SERVICES, LLC,                              Jeffrey Chanin
an Oregon limited liability company                  Larry Katz

      Plaintiff,

v.

JOHN GARRETT, and                                    Pro Se
 an individual,
CROWN BUILDING MAINTENANCE, INC.,                    Marisa Hudson-Arney
d/b/a Able Building Maintenance,                     Kent Modesitt
d/b/a Able Services,                                 Daniel Reilly
d/b/a/ Able Acquisition Corp.,

      Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    9:08 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **SBM's Motion to compel Able to produce documents in response to SBM's first set of requests for production [doc # 472; filed 10/20/11] is granted in part and denied part as stated on the record.**

**ORDERED:** **SBM's motion to compel interrogatory responses and production of documents [doc.#480; filed 10/27/11] is granted in part and denied in part as stated on the record**

Court in Recess: 11:28 a.m. Hearing concluded. Total time in Court: 02:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.