IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00385-WJM- BNB | Date: December 5, 2012 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| SBM SITE SERVICES, LLC, an Oregon limited liability company | Jeffrey Chanin<br>Larry Katz |
| Plaintiff, | |
| v. | |
| JOHN GARRETT, and an individual, | Pro Se |
| CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a/ Able Acquisition Corp., | Marisa Hudson-Arney<br>Kent Modesitt<br>Daniel Reilly |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:  9:08 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** SBM's Motion to compel Able to produce documents in response to SBM's first set of requests for production [doc # 472; filed 10/20/11] is granted in part and denied part as stated on the record.

**ORDERED:** SBM's motion to compel interrogatory responses and production of documents [doc.#480; filed 10/27/11] is granted in part and denied in part as stated on the record

Court in Recess: 11:28 a.m.    Hearing concluded.    Total time in Court: 02:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.