IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual, and
CROWN BUILDING MAINTENANCE, INC., d/b/a Able Building Maintenance, d/b/a Able Services, d/b/a Able Acquisition Corp.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendant Able's Motion for Entry of Amended Protective Order** [Doc. # 511, filed 12/23/2011] (the "Motion for Protective Order");

(2) **Able's Motion for Enlargement of Time to Supplement Its Responses to SBM's Discovery Requests** [Doc. # 514, filed 12/23/2011] (the "Motion for Enlargement"); and

(3) **SBM's Motion to Enforce Preliminary Injunction and to Inspect Defendant Garrett's Computer Equipment** [Doc. # 521, filed 1/12/2012] (the "Motion to Enforce").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. Consistent with my oral rulings,

IT IS ORDERED:

(1) The Motion for Protective Order [Doc. # 511] is GRANTED IN PART and DENIED IN PART as specified on the record. The parties shall submit for my review a revised protective order, on or before February 3, 2012, and consistent with their agreements reached during the hearing and with my oral ruling;

(2) The Motion for Enlargement [Doc. # 514] is DENIED as moot, the passage of time having rendered it moot. Able shall serve supplemental interrogatory responses, in full compliance with the formalities of the Federal Rules of Civil Procedure, on or before 12:00 noon on February 3, 2012. SBM's request for sanctions, asserted in its response, is DENIED pursuant to D.C.COLO.LCivR 7.1C;

(3) The Motion to Enforce [Doc. # 521] is DENIED as moot based on the parties' agreements reached during the hearing; and

(4) A telephonic status conference is set for **February 3, 2012, at 1:30 p.m.**, to discuss scheduling and other discovery related issues. The parties shall initiate an operator assisted conference call and join the court at 303-844-6408 at the designated time. The parties shall file a joint status report, on or before 12:00 noon on February 2, 2012, not to exceed ten pages, identifying the matters to be raised during the telephonic status conference.

Dated January 27, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge