**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 10-CV-00385-WJM-BNB

SBM SITE SERVICES, LLC, an Oregon limited liability company,

Plaintiff,

v.

JOHN GARRETT, an individual;
and CROWN BUILDING MAINTENANCE, INC.,
d/b/a Able Building Maintenance, d/b/a Able Services,
d/b/a Able Acquisition Corp.,

Defendants.

---

# SBM'S MOTION TO EXPEDITE BRIEFING SCHEDULE AND HEARING ON MOTION TO STAY

SBM Site Services, LLC ("SBM") hereby requests an expedited briefing schedule and hearing date for its Motion to Stay, filed concurrently herewith. Able does not oppose this Motion to Expedite. Specifically, SBM requests that its Motion to Stay be briefed and heard in advance of the fifteen depositions of Able and SBM witnesses scheduled to begin on March 13, 2012.

SBM's underlying Motion to Stay is brief, straightforward, and does not present any factual disputes. SBM requests a stay in light of the changed circumstances in the parties' related action in San Francisco Superior Court (the "California Action"), where presiding Judge Munter has recently assured the parties of a trial date in the next year and where all of the parties necessary for complete adjudication of the issues are before the court.

SBM seeks an expedited briefing and hearing schedule on its Motion to Stay due to the number of discovery disputes brewing between the parties which must be resolved promptly in light of the current deposition schedule. As noted in the parties' Joint Statement Regarding Deposition Scheduling (Dkt. # 563), depositions of fifteen Able and SBM witnesses are scheduled to begin March 13, 2012 and continue through April 13, 2012. The discovery disputes affecting these depositions include Able's failure to comply with the Court's December 5, 2011 Discovery Order and failure to produce both company-level and client-level financial documents, which will substantially limit SBM's ability to fully conduct its Rule 30(b)(6) deposition of Able currently scheduled for March 20, 2012. Further, Able has notified SBM that it intends to file a discovery motion today in connection with Able's Rule 30(b)(6) deposition of SBM, and that Able will also seek to have that motion briefed and heard on an expedited basis. Finally, based on Able's document productions to date, SBM anticipates a number of other discovery disputes will need to be resolved before the parties proceed with depositions later this month.

If the Court grants SBM's Motion to Stay, it would be more efficient for the parties to resolve these issues in the California Action rather than here. In the interests of promoting judicial economy and conserving the parties' resources, SBM seeks a briefing schedule and hearing date on its Motion to Stay in advance of the scheduled depositions and any other hearings the Court may order in connection with the discovery disputes identified above. Thus, SBM requests that its Motion to Stay be heard no later than March 12, 2012, and that Able and Garrett be required to file responses, if any, by March 9, 2012. SBM will forgo any reply.

Pursuant to Local Rule 7.1, SBM certifies that, by and through its counsel, it has made a good faith effort to confer with Defendants Able and Garrett regarding the briefing schedule and

hearing date for SBM's Motion to Stay. Able does not oppose this Motion to Expedite. SBM has been unable to reach Mr. Garrett and is unaware of his position at this time.

For the foregoing reasons, SBM requests that this Motion be granted.

Dated: March 5, 2012

KEKER & VAN NEST LLP

By: <u>*/s/ Steven P. Ragland*</u>

STEVEN P. RAGLAND (CSB #221076)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
sragland@kvn.com

Attorneys for Plaintiff
SBM SITE SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 5, 2012**, I electronically filed the following documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

**SBM'S MOTION TO EXPEDITE BRIEFING SCHEDULE AND HEARING ON MOTION TO STAY; and**

**[PROPOSED] ORDER GRANTING SBM'S MOTION TO EXPEDITE BRIEFING SCHEDULE AND HEARING ON SBM'S MOTION TO STAY**

| | |
|---|---|
| Robert A. Bleicher | rbleicher@carr-mcclellan.com |
| Lori A. Lutzker | llutzker@cmith.com |
| Barry A. Schwartz | barry_schwartz@fd.org |
| Daniel M. Reilly | dreilly@rplaw.com |
| Larry S. Pozner | lpozner@rplaw.com |
| Marisa B. Hudson-Arney | mhudsonarney@rplaw.com |
| Michael A. Rollin | mrollin@rplaw.com |

I hereby certify that I have mailed or served the document(s) to the following non CM/ECF participant in the manner indicated by the non-participant's name:

John Garrett **(Via Email)**
8014 Steeplechase Drive
Windsor, CO 80550
Telephone: (970) 396.2702
Facsimile: (970) 797-1682
Email: john.garrett52@gmail.com

John Garrett *In Pro Per*

Dated: March 5, 2012

*/s/ Steven P. Ragland*
STEVEN P. RAGLAND (CSB #221076)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: sragland@kvn.com

Attorneys for Plaintiff
SBM SITE SERVICES, LLC