# EXHIBIT 1-A

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

CROWN BUILDING MAINTENANCE, INC., A BUILDING

PLAINTIFF (S)

VS.

SBM SITE SERVICES, LLC, AN OREGON LIMITED et al

DEFENDANT (S)

**Department 305**

**NO. CGC-10-505398**

**Order Granting Complex Designation and for Single Assignment**

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA:

The Application for Approval of Complex Designation filed JUN-16-2011 is GRANTED. Complex Designation is APPROVED.

IT IS HEREBY ORDERED that this case is assigned to Judge JOHN E. MUNTER for all purposes.

The FEB-03-2012 CASE MANAGEMENT CONFERENCE is canceled.

A new initial case management conference is set for FEB-22-2012 at 3:00 PM in Department 305. Personal appearances by counsel of record are required at this initial case management conference. A JOINT case management statement must be filed and two conformed copies thereof delivered to Department 305 no later than three (3) court days before the case management conference.

All other hearing dates are hereby vacated by the Court.

Applicant counsel for defendant shall provide a copy of this order and notice to all active counsel of record and/or parties In Propria Persona that are not listed in the attached certificate of service.

DATED: DEC-12-2011

John E. Munter

JUDGE

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on DEC-12-2011 I served the foregoing Order Granting Complex Designation and for Single Assignment on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA 94102-4514 pursuant to standard court practice.

Dated : DEC-12-2011 By: CRAIG BLACKSTONE

DANIEL M. REILLY (X02046)
REILY POZNER LLP
1900 SIXTEENTH ST., STE 1700
DENVER, CO 80202
USA

JEFFREY R. CHANIN (103649)
KEKER & VAN NEST LLP
633 BATTERY ST
SAN FRANCISCO, CA 94111
USA

JOHN GARRETT
8014 STEEPLECHASE DRIVE
WINDSOR, CO 80550

KENT C. MODESITT (X02045)
REILLY POZNER LLP
1900 SIXTEENTH ST., STE 1700
DENVER, CO 80202
USA

LORI A. LUTZKER (124589)
CARR MCCLELLAN ET AL
216 PARK RD., P.O.BOX 513
BURLINGAME, CA 940110513

MARISA HUDSON-ARNEY (X02044)
REILLY POZNER LLP
1900 SIXTEENTH ST., STE 1700
DENVER, CO 80202
USA

MICHAEL A. ROLLIN (251557)
REILLY POZNER LLP
1900 SIXTEENTH ST. STE. 1700
DENVER, CO 80202
USA

WILLIAM R. WARNE (141280)
DOWNEY BRAND LLP
621 CAPITOL MALL 18TH FLOOR
SACRAMENTO, CA 95814
USA

JEFFREY R. CHANIN (103649)
KEKER & VAN NEST LLP
633 BATTERY ST
SAN FRANCISCO, CA 94111
USA