# EXHIBIT 1-D

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

--o0o--

SBM SITE SERVICES, LLC, AN
OREGON LIMITED LIABILITY
COMPANY, No. 10-CV-00385 REB-BNB

Plaintiff,

vs.

JOHN GARRETT, AN INDIVIDUAL,

Defendant.

________________________________/

Deposition of

MARK KELLY

Friday, October 15, 2010

Reported by:
COLLEEN M. REDAMONTI
CCRR, CSR No. 7012

Q. And you exchanged the E-mails that are on the first page as well, correct?
A. I did.
MR. WARNE: All right. It's five minutes after 12:00. Got to give the court reporter a break and you a break for lunch, and we'll see you back here at about 1:00 o'clock.
VIDEOTAPE OPERATOR: Off the record at 12:03.
(Lunch recess was taken at 12:03 p.m. to 1:03 p.m.)
VIDEOTAPE OPERATOR: We're returning from our lunch break.
Back on the record at 1:03.
Q. BY MR. WARNE: Okay. Is everybody ready to proceed?
Are you ready?
A. Yes.
Q. Have you taken any steps within Able to protect SBM's trade secrets to the extent they're possessed by Mr. Garrett?
A. I have never requested from John, nor do I believe I've ever seen anything in regard to a trade secret from SBM.
Q. And notwithstanding that fact, have you done or taken any steps so as to make sure that Mr. Garrett's not employing or using SBM trade secrets so as to meet

your bonus metrics with respect to his compensation?
A. Um, I've told John I don't want any trade secrets from SBM. And again, I have not received any trade secrets from John from SBM.
Q. And I understand you said you haven't received any. My question is more focused on Mr. Garrett's alleged use of those trade secrets.
Have you taken any steps to make sure, other than telling him not to do that, that those trade secrets are not being put to use by Mr. Garrett in the context of his employment with Able?
A. Um, I don't know. I don't think I've physically written anything down to state that.
Q. And why not?
A. You know, again, I verbally have told him, as I've told others, that I'm not interested in other people's trade secrets. I'm only interested in what Able has and what Able is gonna do.
(Plaintiff's Exhibit 135 was marked.)
Q. BY MR. WARNE: Have you ever been involved in a situation where one of your employees has been found using the trade secrets of another company for purposes of enhancing his or her salary?
MR. BLEICHER: Objection. Vague.
THE WITNESS: No.

REPORTER'S CERTIFICATE

I certify that the foregoing proceedings in the within-entitled cause were reported at the time and place therein named; that said proceedings were reported by me, a duly Certified Shorthand Reporter of the State of California, and were thereafter transcribed into typewriting

I further certify that I am not of counsel or attorney for either or any of the parties to said cause of action, nor in any way interested in the outcome of the cause named in said cause of action.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of October, 2010.

COLLEEN M. REDAMONTI, CCRR, CSR
Certified Shorthand Reporter
Certificate No. 7012